In the Matter of the Claim of LIZZIE LESLIE, Respondent, against O'CONNOR & RICHMAN, INCORPORATED, et al., Appellants.

*Matter of Leslie v. O'Connor & Richman, Inc.,* 173 App. Div. 988, affirmed.
(Argued March 1, 1917; decided March 20, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1916, affirming an award of the state industrial commission under the Workmen's Compensation Law. The defendants, O'Connor & Richman, conducted a boarding and livery stable in a building owned by said firm, and employed the deceased (husband of claimant), who resided on the top floor of said building. The deceased while going down stairs from his apartment fell and cut his forehead. Thereafter erysipelas developed which with other complications caused his death. The questions on appeal were: "I. Did the accident occur while decedent was engaged in any hazardous employment enumerated in the Workmen's Compensation Law?

II. Did the accident to decedent arise out of or in the course of his employment, also all questions relating thereto ?"

*William Dike Reed* and *Leonidas Dennis* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.